**Order filed May 6, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00351-CR
_____

**TUAN TRUNG TA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282590**

## ORDER

Retained counsel, Stanley G. Schneider, filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967). Counsel failed to file a motion to withdraw. *See* Tex. R. App. P. 6.5. Notice was sent on April 10, 2014, but as of this date no response has been filed.

The procedural safeguards of *Anders* and its progeny do not apply to retained attorneys and a retained attorney is not required to file an *Anders* brief.

*Nguyen v. State*, 11 S.W.3d 376, 379 (Tex. App.—Houston [14th Dist.] 2000, no pet.).  Any *Anders* brief filed by a retained attorney will be stricken.  *Id*.

Accordingly, Stanley G. Schneider is ordered to file a motion to withdraw in compliance with Rule 6.5 of the Texas Rules of Appellate Procedure in this court within ten (10) days of the date of this order.  Appellant's brief filed March 13, 2014, is ordered stricken.


PER CURIAM


Panel consists of Justices Christopher, Jamison and McCally (J. McCally joins only in the portion of the order striking appellant's brief).